## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re:   NEILSINE ELIZABETH BOYCE | § § § § § § § | Case No.: 09-07589 |
| Debtor(s) | | |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/06/2009.

2) This case was confirmed on 05/04/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 08/03/2010.

6) Number of months from filing to the last payment:  17

7) Number of months case was pending:  21

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $    47,015.00

10) Amount of unsecured claims discharged without payment $   86,406.00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $ 3,420.00 |
| Less amount refunded to debtor | $ 478.66 |
| **NET RECEIPTS** | $ 2,941.34 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $ 975.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 201.66 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 1,176.66 |
| Attorney fees paid and disclosed by debtor | $ 2,525.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 02 SOLUTIONS | UNSECURED | 95.00 | NA | NA | .00 | .00 |
| ADVOCATE HEALTH CARE | UNSECURED | 440.00 | NA | NA | .00 | .00 |
| ARROW FINANCIAL SERV | UNSECURED | 1,500.00 | NA | NA | .00 | .00 |
| ARROW FINANCIAL SERV | OTHER | .00 | NA | NA | .00 | .00 |
| ARROW FINANCIAL SVC | OTHER | .00 | NA | NA | .00 | .00 |
| ASSOCIATED HEAD & NE | UNSECURED | 20.00 | NA | NA | .00 | .00 |
| ASSOCIATED HEAD & NE | OTHER | .00 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 600.00 | 432.73 | 432.73 | 432.73 | .00 |
| AT&T | OTHER | .00 | NA | NA | .00 | .00 |
| AT&T | UNSECURED | 310.00 | NA | NA | .00 | .00 |
| AT&T | OTHER | .00 | NA | NA | .00 | .00 |
| BLUE CROSS BLUE SHIE | OTHER | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 1,800.00 | NA | NA | .00 | .00 |
| CAPITAL ONE | OTHER | .00 | NA | NA | .00 | .00 |
| CAREMARK | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| CAREMARK | OTHER | .00 | NA | NA | .00 | .00 |
| CENTERS MEDICARE & M | UNSECURED | 66.00 | NA | NA | .00 | .00 |
| CHADWICKS | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| CHADWICKS | OTHER | .00 | NA | NA | .00 | .00 |
| CHADWICKS | OTHER | .00 | NA | NA | .00 | .00 |
| CINGULAR WIRELESS | UNSECURED | 800.00 | NA | NA | .00 | .00 |
| CIRCUIT CITY | UNSECURED | 800.00 | NA | NA | .00 | .00 |
| CIRCUIT CITY | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| CIRCUIT CITY | OTHER | .00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 2,100.00 | 1,215.13 | 1,215.13 | 1,215.13 | .00 |
| CITIBANK | OTHER | .00 | NA | NA | .00 | .00 |
| COUNTRYWIDE HOME LOA | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| CRAFTERS CHOICE | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| CRAFTERS CHOICE | OTHER | .00 | NA | NA | .00 | .00 |
| DISCOVER FINANCIAL S | UNSECURED | 2,700.00 | NA | NA | .00 | .00 |
| DISCOVER FINANCIAL | OTHER | .00 | NA | NA | .00 | .00 |
| DR ANTHONY MARTINO | UNSECURED | 40.00 | NA | NA | .00 | .00 |
| JOHN KIRIKLAKIS MD | UNSECURED | 20.00 | NA | NA | .00 | .00 |
| MICHAEL DEHAAN | UNSECURED | 1,855.00 | NA | NA | .00 | .00 |
| MICHAEL DONOGHUE | UNSECURED | 25.00 | NA | NA | .00 | .00 |
| ELMHURST EMERGENCY M | UNSECURED | 800.00 | NA | NA | .00 | .00 |
| ELMHURST RADIOLOGIST | UNSECURED | 10.00 | NA | NA | .00 | .00 |
| FC&A PUBLISHING | UNSECURED | 75.00 | NA | NA | .00 | .00 |
| FC&A PUBLISHING | OTHER | .00 | NA | NA | .00 | .00 |
| FNANB | UNSECURED | 1,000.00 | NA | NA | .00 | .00 |
| FNANB | OTHER | .00 | NA | NA | .00 | .00 |
| FOREST PARK FIRE DEP | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| FOREST PARK FIRE DEP | OTHER | .00 | NA | NA | .00 | .00 |
| HOMEDEPOT CREDT SVC | UNSECURED | 800.00 | NA | NA | .00 | .00 |
| HOME DEPOT | OTHER | .00 | NA | NA | .00 | .00 |
| HYDE PARK MEDICAL AS | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| IVANOVIC HEALTHCARE | UNSECURED | 25.00 | NA | NA | .00 | .00 |
| JERRY BAKER | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| JERRY BAKER | OTHER | .00 | NA | NA | .00 | .00 |
| KINDRED HOSPITAL | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| LIFE WATCH INC | UNSECURED | 55.00 | NA | NA | .00 | .00 |
| LIFE WATCH INC | OTHER | .00 | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY PH | UNSECURED | 110.00 | NA | NA | .00 | .00 |
| LOYOLA UNIV PHYNS FO | OTHER | .00 | NA | NA | .00 | .00 |
| LOYOLA UNIV PHYNS FO | UNSECURED | 270.00 | NA | NA | .00 | .00 |
| LOYOLA UNIVERSITY HE | UNSECURED | 31,150.00 | NA | NA | .00 | .00 |
| MARIAN JOY MEDICAL G | UNSECURED | 15.00 | NA | NA | .00 | .00 |
| MARIAN JOY MEDICAL G | UNSECURED | 60.00 | NA | NA | .00 | .00 |
| MARIAN JOY REHAB HOS | UNSECURED | 25.00 | NA | NA | .00 | .00 |
| MARIAN JOY REHAB HOS | OTHER | .00 | NA | NA | .00 | .00 |
| METRO CENTER FOR HEA | UNSECURED | 125.00 | NA | NA | .00 | .00 |
| MICHAEL REESE ANESTH | UNSECURED | 780.00 | NA | NA | .00 | .00 |
| MICHAEL REESE ANESTH | OTHER | .00 | NA | NA | .00 | .00 |
| MIDWEST RADIOLOGY | UNSECURED | 255.00 | NA | NA | .00 | .00 |
| MIDWEST RADIOLOGY | OTHER | .00 | NA | NA | .00 | .00 |
| MX ENERGY | UNSECURED | 400.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| NCO PORTFOLIO | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| NEPHROLOGY ASS OF N | UNSECURED | 285.00 | NA | NA | .00 | .00 |
| OAK PARK DIALYSIS | UNSECURED | 1,775.00 | NA | NA | .00 | .00 |
| OAK PARK HOSPITAL | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| OAK PARK PHYSICIANS | UNSECURED | 950.00 | NA | NA | .00 | .00 |
| OAK PARK PHYSICIANS | OTHER | .00 | NA | NA | .00 | .00 |
| OPTIMUM KIDNEY CARE | UNSECURED | 550.00 | NA | NA | .00 | .00 |
| OPTIMUM KIDNEY CARE | OTHER | .00 | NA | NA | .00 | .00 |
| PHYSISIANS COOPERATI | UNSECURED | 1,300.00 | NA | NA | .00 | .00 |
| QUEST DIAGNOSTIC | UNSECURED | 120.00 | NA | NA | .00 | .00 |
| RADIOLOGICAL CON OF | UNSECURED | 125.00 | NA | NA | .00 | .00 |
| RADIOLOGICAL CONSULT | OTHER | .00 | NA | NA | .00 | .00 |
| RADIOSHACK TANDY | UNSECURED | 2,200.00 | NA | NA | .00 | .00 |
| RESURRECTION HEALTH | UNSECURED | 2,655.00 | NA | NA | .00 | .00 |
| RESURRECTION HEALTH | OTHER | .00 | NA | NA | .00 | .00 |
| RMC | UNSECURED | 60.00 | NA | NA | .00 | .00 |
| RODALE BOOKS | UNSECURED | 150.00 | NA | NA | .00 | .00 |
| RUSH OAK PARK HOSPIT | UNSECURED | 60.00 | NA | NA | .00 | .00 |
| RUSH OAK PARK HOSPIT | OTHER | .00 | NA | NA | .00 | .00 |
| RUSH UNIVERSITY MEDI | UNSECURED | 120.00 | 116.82 | 116.82 | 116.82 | .00 |
| SBC | UNSECURED | 700.00 | NA | NA | .00 | .00 |
| SBC | OTHER | .00 | NA | NA | .00 | .00 |
| SUPERIOR AIR GROUND | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| SUPERIOR AIR GROUND | UNSECURED | 375.00 | NA | NA | .00 | .00 |
| SUPERIOR AIR GROUND | OTHER | .00 | NA | NA | .00 | .00 |
| TABAKS HEALTH PRODUC | UNSECURED | 50.00 | NA | NA | .00 | .00 |
| TRINITY ORTHOPAEDICS | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| UNION PLUS/NALC | UNSECURED | 8,500.00 | NA | NA | .00 | .00 |
| UNIVERSITY PATHOLOGI | UNSECURED | 40.00 | NA | NA | .00 | .00 |
| UNIVERSITY PATHOLOGI | OTHER | .00 | NA | NA | .00 | .00 |
| VILLAGE OF OAK PARK | UNSECURED | 550.00 | NA | NA | .00 | .00 |
| VILLAGE OF OAK PARK | UNSECURED | 300.00 | NA | NA | .00 | .00 |
| VILLAGE RADIOLOGY | UNSECURED | 145.00 | NA | NA | .00 | .00 |
| VILLAGE RADIOLOGY | OTHER | .00 | NA | NA | .00 | .00 |
| VYRIDIAN REVENUE MGM | UNSECURED | 120.00 | NA | NA | .00 | .00 |
| VYRINIAN REVENUE MAN | OTHER | .00 | NA | NA | .00 | .00 |
| WELLS FARGO FINANCIA | UNSECURED | 6,300.00 | NA | NA | .00 | .00 |
| WEST SUBURBAN DIALYS | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| WEST SUBURBAN INFECT | UNSECURED | 130.00 | NA | NA | .00 | .00 |
| WEST SUBURBAN MEDICA | UNSECURED | 5,305.00 | NA | NA | .00 | .00 |
| WEST SUBURBAN MEDICA | OTHER | .00 | NA | NA | .00 | .00 |
| WESTLAKE COMMUNITY H | UNSECURED | 155.00 | NA | NA | .00 | .00 |
| WESTLAKE HOSPITAL | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| WEST SIDE PATHOLOGY | UNSECURED | 950.00 | NA | NA | .00 | .00 |
| WESTSIDE PATHOLOGY | OTHER | .00 | NA | NA | .00 | .00 |
| A AMERICAN STORAGE | OTHER | .00 | NA | NA | .00 | .00 |
| SEARS BANKRUPTCY REC | UNSECURED | 1,500.00 | NA | NA | .00 | .00 |
| ACADEMY COLLECTION S | OTHER | .00 | NA | NA | .00 | .00 |
| SHAPIRO SURGICAL ASS | UNSECURED | 10.00 | NA | NA | .00 | .00 |
| SUPERIOR AIR GROUND | UNSECURED | 55.00 | NA | NA | .00 | .00 |
| MRSI | OTHER | .00 | NA | NA | .00 | .00 |
| SILVERSCRIPT | UNSECURED | 315.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
==================================================================
 Summary of Disbursements to Creditors:

                                         Claim       Principal      Int.
                                        Allowed        Paid         Paid
 Secured Payments:
     Mortgage Ongoing                      .00          .00          .00
     Mortgage Arrearage                    .00          .00          .00
     Debt Secured by Vehicle               .00          .00          .00
     All Other Secured                     .00          .00          .00
 TOTAL SECURED:                            .00          .00          .00

 Priority Unsecured Payments:
     Domestic Support Arrearage            .00          .00          .00
     Domestic Support Ongoing              .00          .00          .00
     All Other Priority                    .00          .00          .00
 TOTAL PRIORITY:                           .00          .00          .00

 GENERAL UNSECURED PAYMENTS:          1,764.68     1,764.68          .00
==================================================================

==================================================================
 Disbursements:

     Expenses of Administration      $   1,176.66
     Disbursements to Creditors      $   1,764.68

 TOTAL DISBURSEMENTS:                             $   2,941.34
==================================================================
```

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.


Dated:    12/15/2010                     /s/ Tom  Vaughn
                                         Tom  Vaughn, Chapter  13  Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.




**UST Form 101-13-FR-S(9/01/2009)**